IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ALBERT EARL JACKSON

VS.                                                          CIVIL ACTION NO. 2:13cv127-KS-MTP

COMMISSIONER OF SOCIAL SECURITY,
CAROLYN W. COLVIN

ORDER ADOPTING REPORT AND RECOMMENDATION

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on May 28, 2014, after referral of hearing by this Court.  On June 19, 2014, Plaintiff Albert L. Jackson, by and through his attorney, notified the Court [16] that he would file no objection to the Report and Recommendation, electing to file another and separate application for Title II benefits with the Social Security Administration.  Having reviewed fully the Report and Recommendation, as well as the record in this matter and being fully advised in the premises, the Court finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and that Plaintiff's Motion to Reverse the Commissioner's decision [6] is **denied**.  The Motion for Order Affirming the decision of the Commissioner [9] is **granted** and the Commissioner's decision is affirmed.  The Complaint filed herein is dismissed and benefits are denied.  A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 26th day of June, 2014.

                            *s/Keith Starrett*
                            UNITED STATES DISTRICT JUDGE